# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **In re:**  **DEBRA CLAUDALE PAYNE,** | : | Case No. 16-51222 |
| | : | Chapter 13 |
| Debtor. | : | Judge John E. Hoffman, Jr. |

### NOTICE OF CHANGE OF ADDRESS OF DEBTOR

Now comes Debtor DEBRA CLAUDALE PAYNE by and through the undersigned counsel, and respectfully provide this Honorable Court with notice of a change of address for the Debtor:

DEBRA CLAUDALE PAYNE
203 North Western Avenue
Springfield, Ohio 45504-2719

Respectfully submitted,

Dated: 06 October 2016

*/s/ Mark Albert Herder*

Mark Albert Herder (0061503)
Attorney for the Debtor
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.:   614.444.5290
Fax:   614.444.4446
markalbertherder@yahoo.com